# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| ANDREW PERRONG           Plaintiff(s), | ) ) ) |
| vs. | ) CASE NO. 1:19–cv–01940–JPH–DML ) |
| GOLDEN RULE INSURANCE COMPANY, et al.           Defendant(s) | ) ) ) |

## ORDER OF RECUSAL/DISQUALIFICATION

    In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

    IT IS SO ORDERED.


DATE: June 19, 2019 s/  Judge James Patrick Hanlon
United States District Court
Southern District of Indiana