**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **ANDREW PERRONG, on behalf of himself and others similarly situated,** | § § § | |
| **Plaintiff** | § | |
| **vs.** | § § | **Civil Action No.** **1:19-CV-01940-TWP-DML** |
| **GOLDEN RULE INSURANCE COMPANY and AMERICAN SELECT PARTNERS, LLC,** | § § § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § | |

## DEFENDANT AMERICAN SELECT PARTNERS, LLC'S ANSWER TO COMPLAINT

Defendant American Select Partners, LLC ("ASP, LLC") hereby responds to the Complaint [Dkt. No. 1] filed by Plaintiff Andrew Perrong ("Perrong" or "Plaintiff") with the following Answer and Affirmative Defenses:

### GENERAL DENIAL

ASP, LLC denies each and every allegation, matter, or thing contained in the Complaint that is not expressly admitted, qualified, or answered herein.

### PRELIMINARY STATEMENT

1.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint and therefore denies them.

2.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Complaint and therefore denies them.

3.     ASP, LLC denies the allegations in Paragraph 3 of the Complaint.

4.      ASP, LLC denies that Plaintiff never consented to receive these calls.  ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4 of the Complaint and therefore denies them.

5.      ASP, LLC denies the allegations in Paragraph 5 of the Complaint.

**PARTIES**

6.      ASP, LLC admits Paragraph 6 of the Complaint.

7.      ASP, LLC admits Paragraph 7 of the Complaint.

8.      ASP, LLC admits that it is a Texas limited liability company with a principal place of business at 5050 Quorum Dr., Suite 450 in Dallas, TX 75254 in Paragraph 8 of the Complaint. ASP, LLC denies the remaining allegations in Paragraph 8 of the Complaint.

**JURISDICTION AND VENUE**

9.      ASP, LLC denies that the Court has subject matter jurisdiction under the Class Action Fairness Act of 2005.  ASP, LLC denies that Plaintiff is entitled to the relief from ASP, LLC as alleged.  ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9 of the Complaint and therefore denies them.

10.     ASP, LLC admits the allegation in Paragraph 10 of the Complaint.

11.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint and therefore denies them.

12.     ASP, LLC admits that it entered into a contractual relationship with Golden Rule Insurance in this District.  ASP, LLC denies the remaining allegations in Paragraph 12 of the Complaint.

13.     ASP, LLC denies the allegations in Paragraph 13 of the Complaint.

## TCPA BACKGROUND

14.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint and therefore denies them.

15.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint and therefore denies them.

16.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Complaint and therefore denies them.

17.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the Complaint and therefore denies them.

18.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint and therefore denies them.

19.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint and therefore denies them.

20.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint and therefore denies them.

21.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint and therefore denies them.

22.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint and therefore denies them.

23.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint and therefore denies them.

## FACTUAL ALLEGATIONS

24.     ASP, LLC admits that Plaintiff is a "person" as alleged in Paragraph 24 of the Complaint.

25.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint and therefore denies them.

26.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint and therefore denies them.

27.     ASP, LLC denies the allegation in Paragraph 27 of the Complaint.

28.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint and therefore denies them.

29.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint and therefore denies them.

30.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Complaint and therefore denies them.

31.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint and therefore denies them.

32.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint and therefore denies them.

33.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint and therefore denies them.

34.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Complaint and therefore denies them.

35.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint and therefore denies them.

36.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint and therefore denies them.

37.     ASP, LLC admits the allegation in Paragraph 37 of the Complaint.

38.     ASP, LLC admits the allegation in Paragraph 38 of the Complaint.

39.     ASP, LLC admits the allegation in Paragraph 39 of the Complaint.

40.     ASP, LLC admits that Plaintiff is not its customer, but denies the remaining allegations in Paragraph 40 of the Complaint.

41.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Complaint and therefore denies them.

**GOLDEN RULE INSURANCE'S LIABILITY**
**FOR AMERICAN SELECT PARTNERS' CONDUCT**

42.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Complaint and therefore denies them.

43.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the Complaint and therefore denies them.

44.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint and therefore denies them.

45.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Complaint and therefore denies them.

46.     ASP, LLC denies the allegations in Paragraph 46 of the Complaint.

47.     ASP, LLC denies the allegations in Paragraph 47 of the Complaint.

48.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint and therefore denies them.

49.     ASP, LLC denies the allegations in Paragraph 49 of the Complaint.

50.     ASP, LLC denies the allegations in Paragraph 50 of the Complaint.

51.     ASP, LLC denies the allegations in Paragraph 51 of the Complaint.

52.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint and therefore denies them.

## CLASS ACTION ALLEGATIONS

53.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint and therefore denies them.

54.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint and therefore denies them.

55.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint and therefore denies them.

56.     ASP, LLC denies the allegations in Paragraph 56 of the Complaint.

57.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint and therefore denies them.

58.     ASP, LLC denies the allegations in Paragraph 58 of the Complaint.

59.     ASP, LLC denies the allegations in Paragraph 59 of the Complaint.

60.     ASP, LLC denies the allegations in Paragraph 60 of the Complaint.

61.     ASP, LLC denies the allegations in Paragraph 61 of the Complaint.

62.     ASP, LLC denies the allegations in Paragraph 62 of the Complaint.

63.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the Complaint and therefore denies them.

64.     ASP, LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the Complaint and therefore denies them.

**Legal Claims**

**COUNT ONE**
**Violation of the TCPA's Automated Call Provisions**

65.     ASP, LLC repeats and realleges its responses in Paragraphs 1-64.

66.     ASP, LLC denies the allegations in Paragraph 66 of the Complaint.

67.     ASP, LLC denies the allegations in Paragraph 67 of the Complaint.

68.     ASP, LLC denies the allegations in Paragraph 68 of the Complaint.

**RELIEF SOUGHT**

69.     These paragraphs of the Complaint set forth the statement of relief requested by Perrong, to which no response is required.  ASP, LLC denies any allegations in these paragraphs and denies that Perrong is entitled to any relief against ASP, LLC, either as prayed for in its Complaint or otherwise.

**PLAINTIFF'S JURY DEMAND**

70.     This paragraph of the Complaint sets forth Perrong's demand for a jury trial, to which no response is required.

**ASP, LLC'S AFFIRMATIVE DEFENSES**

71.     Without altering the burden of proof, ASP, LLC asserts the following defenses in response to the allegations in the Complaint, based on ASP, LLC's investigation to date.  ASP, LLC's investigation of its defenses is continuing, and ASP, LLC reserves the right to assert all affirmative defenses and any other defense, at law or in equity, that may now exist or in the future be available based on discovery and further investigation.  ASP, LLC undertakes the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein.

72.     **First Defense.**        Plaintiff's Complaint fails to state a claim against ASP,

LLC upon which relief may be granted.

73.     **Second Defense.**       Plaintiff gave express consent for ASP, LLC to converse with him on his telephone. To the extent Plaintiff alleges that he revoked his prior express consent to ASP, LLC, any such alleged revocation was ineffective because Plaintiff failed to communicate it to ASP, LLC.

74.     **Third Defense.**       For further answer, to the extent Plaintiff alleges that he revoked his prior express consent to ASP, LLC, any such alleged revocation was ineffective with respect to any other telephone number as to which Plaintiff had given his prior express consent.

75.     **Additional Defenses.**        ASP, LLC reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and other factual investigation in this case.

## <u>ASP, LLC's PRAYER FOR RELIEF</u>

WHEREFORE, Defendant American Select Partners, LLC respectfully requests that this Court:

A.      Dismiss Perrong's claims with prejudice;

B.      Award ASP, LLC its costs; and

C.      Grant such other relief as the Court deems just and proper.

DATED: June 26th, 2019

Respectfully submitted,

/s/Charles W. Gameros, Jr., P.C.
Charles W. Gameros, Jr., P.C.
(TX Bar No. 00796596)
HOGE & GAMEROS, L.L.P.
6116 N. Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone:     (214) 765-6002
Facsimile:     (214) 559-4905
E-Mail:        BGameros@LegalTexas.com

*Attorneys for Defendant American Select Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record through the Court's ECF/CM system on this 26th day of June, 2019.

VIA ELECTRONIC SERVICE
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone:     (617) 485-0018
E-Mail: anthony@paronichlaw.com

*Attorneys for Plaintiff*

VIA ELECTRONIC SERVICE
Erin L. Hoffman
FAEGRE BAKER DANIELS LLP
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
Telephone:     (612) 766-7000
Facsimile:     (612) 766-1600
E-Mail: erin.hoffman@FaegreBD.com

Amy G. Dunn
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1750
Telephone:     (317) 237-0300
Facsimile:     (317) 237-1000
E-Mail: amy.dunn@FaegreBD.com

*Attorneys for Golden Rule Ins. Co.*

/s/ Charles W. Gameros, Jr., P.C.
Charles W. Gameros, Jr., P.C.