UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-1940-JPH-DML |
| GOLDEN RULE INSURANCE COMPANY and AMERICAN SELECT PARTNERS, LLC | CLASS ACTION |
| Defendants. | |

**PLAINTIFF ANDREW PERRONG**
**NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME**

Plaintiff, Andrew Perrong ("Mr. Perrong"), by counsel, provides notice to the Court and counsel pursuant to Local Rule 6-1(b) of its initial twenty-eight (28) day extension of time to and including September 3, 2019, to answer or otherwise respond to the Counterclaim filed by Defendant Golden Rule Insurance Company ("Golden Rule"), on May 14, 2019. In support, Plaintiff respectfully states:

1.  Plaintiff filed the Complaint on May 14, 2019.

2.  After extension, Golden Rule filed an Answer and Counterclaim on July 16, 2019.

3.  No prior extensions of time have been requested by or granted to Plaintiff to respond to the Counterclaim.

      4.       The requested extension does not interfere with any deadlines, as no case management order has yet been entered.

      5.       The undersigned contacted counsel for Golden Rule regarding the requested extension. Golden Rule does not oppose the requested extension.

      6.       Based on the foregoing, Mr. Perrong is entitled to a twenty-eight (28) day enlargement of time under Local Rule 6-1(b), to answer or otherwise respond to the Counterclaim filed by Defendant Golden Rule Insurance Company.

WHEREFORE, Plaintiff Andrew Perrong, respectfully notifies the Court and counsel of its initial twenty-eight (28) day enlargement of time, to and including September 3, 2019, to answer or otherwise respond to the Counterclaim filed by Defendant Golden Rule Insurance Company.

Respectfully submitted,

*/s/ Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com

*Attorney for Plaintiff, Andrew Perrong*

CERTIFICATE OF SERVICE

      I, Anthony I Paronich, hereby certify that on August 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      DATED this 5th day of August, 2019.

                             PARONICH LAW, P.C.

                             By: /s/ Anthony I. Paronich