**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 1:19-cv-01940-TWP-DML |
| v. | : | |
| | : | |
| GOLDEN RULE INSURANCE COMPANY and AMERICAN SELECT PARTNERS, LLC | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**NOTICE OF FIRM NAME CHANGE
AND EMAIL CONTACT CHANGE**

Please be advised that effective February 1, 2020, Faegre Baker Daniels LLP has changed its name and email addresses. The new firm name is hereinafter Faegre Drinker Biddle & Reath LLP. The mailing address and contact telephone number remains unchanged.

The following attorneys, who are counsel of record for Defendant Golden Rule Insurance Company may now be reached at the following email addresses:

| Attorney Name | Email Address |
|---|---|
| Erin L. Hoffman | erin.hoffman@faegredrinker.com |
| Peter C. Magnuson | peter.magnuson@faegredrinker.com |

Counsel for Defendant Golden Rule Insurance Company respectfully requests that the Clerk and all counsel update this Firm's new name and email address information.

1

| | |
|---|---|
| Dated: February 10, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>/s/ *Erin L. Hoffman*<br>Erin L. Hoffman, #0387835<br>Peter C. Magnuson, #0392342<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Tel: (612) 766-7000<br>Fax: (612) 766-1600<br>erin.hoffman@faegredrinker.com<br>peter.magnuson@faegredrinker.com<br><br>*Attorneys for Defendant Golden Rule Insurance Company* |

US.126541712.01