# Exhibit 1

Jonathan P. Misny
misny@mmmb.com

**Murray Murphy Moul╬Basil** LLP
Attorneys at Law

1114 Dublin Road
Columbus, Ohio 43215

614 488.0400
www.mmmb.com

January 23, 2020

**VIA FACSIMILE (888) 667-0028**
Verizon
Attn: VSAT (Verizon Security Assistance Team)
180 Washington Valley Road
Bedminster, NJ 07921

Re:   *Andrew Perrong v. Golden Rule Insurance Company, et al.*, 1:19-cv-01940-TWP-DML,
      Plaintiff's Objections to Subpoena to Verizon Wireless

To whom it may concern:

Plaintiff Andrew Perrong hereby makes the following objections to the subpoena issued to Verizon Wireless by Defendant Golden Rule Insurance Company ("Golden Rule") on or around January 10, 2020 setting forth a response deadline of February 10, 2020.

The subpoena is an attempt to obtain information that the Plaintiff has already objected to producing. This action under the Telephone Consumer Protection Act ("TCPA") involves the Plaintiff's complaint that he received a single unsolicited phone call on April 11, 2019 from or on behalf of the Defendants, using an automatic telephone dialing system ("ATDS"), to the Plaintiff's cellular telephone, without his consent, much less his prior express written consent as required by the TCPA. Accordingly, as an initial matter, Plaintiff objects to the purported "Relevant Period" of January 1, 2019 through the date of the Subpoena as overly broad. The proper "Relevant Period" is the month the Plaintiff received the lone call at issue, April, 2019.

In accordance with that proper relevant time period, Plaintiff produced in discovery his Verizon Wireless phone bill for the period April 2, 2019 to May 1, 2019, revealing the call log information for the call at issue in the case—the 4/11/19 call at 12:50 PM from Caller ID 409-655-0288—but redacting the call log information for the other calls, which have no relevance to this action whatsoever. Nonetheless, Request No. 1 in the subpoena demands production of all call logs and voicemail message logs from January 1, 2019 through the present, a duration of over one year. The production of call log/voicemail message log information for calls not at issue in this case is overly broad and constitutes an undue burden when compared to any relevance these call logs have on this matter, which is none.

**Murray Murphy Moul + Basil** LLP

Please feel free to contact me if you have any questions about this matter at misny@mmmb.com or 614-610-9657.

Thank you,

Sincerely,

*[signature]*

Jonathan P. Misny


cc:   Erin L. Hoffman (Via Email)
      Peter C. Magnuson (Via Email)
      Amy G. Dunn (Via Email)
      Susanne A. Johnson (Via Email)
      Charles W. Gameros, Jr. (Via Email)