**Exhibit 2**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Nathan Brennaman**
**+1 612 766 8727**
**nate.brennaman@FaegreBD.com**

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center ▾ 90 South Seventh
Street
Minneapolis ▾ Minnesota 55402-3901
**Phone +1 612 766 7000**
**Fax +1 612 766 1600**

January 28, 2020

**VIA FACSIMILE (888) 667-0028**

Verizon
Attn: VSAT (Verizon Security Assistance Team)
180 Washington Valley Road
Bedminster, NJ 07921

Re:     Re: Andrew Perrong v. Golden Rule Insurance Company, et al., 1:19-cv-01940-TWP-DML,
        Response to Plaintiff's Objections to Golden Rule's Subpoena to Verizon Wireless

To Whom It May Concern:

We write to address Plaintiff Andrew Perrong's January 23, 2020 letter to Verizon, which objects to the
subpoena issued by Defendant Golden Rule Insurance Company ("Golden Rule") on January 10, 2020.

Mr. Perrong's letter is of no legal effect. Verizon is legally required under Federal Rule of Civil Procedure 45
to comply with Golden Rule's subpoena requesting documents or electronically stored information at the
time, date and place set forth therein. The scope of Verizon's obligations is described in more detail in the
subpoena itself. The fact that Mr. Perrong's attorney has sent you a letter objecting to Golden Rule's
subpoena does not alter Verizon's obligation to respond. As we all know, if Mr. Perrong truly wishes to
oppose the subpoena he can do so by motion to quash or for a protective order. He has not done so and
therefore Verizon is still obligated to respond to Golden Rule's subpoena by February 10, 2020.

Mr. Perrong's letter is also inaccurate. The "Relevant Period" defined in Golden Rule's subpoena is not
overbroad. Contrary to Mr. Perrong's characterization, this action is not limited to this single phone call.
Golden Rule has filed two counterclaims against Mr. Perrong alleging fraud and abuse of process and is
within its rights as a counterclaimant to define the relevant time period as January 1, 2019 through the date
of the subpoena. Accordingly, Mr. Perrong's attempt to narrow the scope of the subpoena should be
ignored.

Golden Rule continues to expect Verizon to comply with its legal obligation to respond to its January 10,
2020 subpoena on or before February 10, 2020. Please call me if you would like to discuss.

Verizon                                   - 2 -                                   January 28, 2020

Very truly yours,

Nathan Brennaman

US.126425055.01