# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | CIVIL ACTION NO. |
| Plaintiff, | 1:19-cv-01940-TWP-DML |
| v. | |
| GOLDEN RULE INSURANCE COMPANY and AMERICAN SELECT PARTNERS, LLC Defendants. | |

## DECLARATION OF SUSANNE A. JOHNSON

Susanne A. Johnson declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I have been an Associate at Faegre Drinker Biddle and Reath LLP ("FD"), formerly known as Faegre Baker Daniels LLP, for over one year. I represent Golden Rule Insurance Company ("Golden Rule") in this action against Andrew Perrong. I am competent to testify and have knowledge of the information in this declaration.

2. Golden Rule served Verizon Wireless ("Verizon") a subpoena to produce documents on or about January 10, 2020, based on Mr. Perrong's answers to Golden Rule's First Set of Interrogatories. *See* Filing No. 64-1 (Golden Rule's Subpoena to Produce Documents to Verizon Wireless); 10/18/2019 A. Perrong Answers to Golden Rule's Interrogatories attached as **Exhibit A** and 1/28/2019 A. Perrong Supplemental Answers to Golden Rule's First Set of Interrogatories attached hereto as **Exhibit B**.

3. On February 10, 2020, I received a sealed FedEx package from Jasmyn Johnson at Verizon.

4. In light of Mr. Perrong's pending Motion to Quash, I have not opened the sealed FedEx package from Jasmyn Johnson at Verizon, but I believe that this package contains the materials responsive to Golden Rule's January 10, 2020, subpoena.

5. On February 11, 2020, I notified Mr. Perrong's counsel that I was in receipt of a package from Verizon believed to contain the materials responsive to Golden Rule's January 10, 2020 subpoena. To avoid further unnecessary costs and expenses, I also demanded that Mr. Perrong withdraw his Motion to Quash no later than February 13, 2020. A true and accurate copy of my February 11, 2020 communication is attached hereto as **Exhibit C.**

6. On February 13, 2020, Mr. Perrong's counsel responded that he had no intention of withdrawing his Motion to Quash. A true and accurate copy of Mr. Perrong's counsel February 13, 2020 communication is attached hereto as **Exhibit D**.

7. Neither I nor any individual associated with FD have opened or will open the sealed FedEx package from Verizon unless and until the Court provides direction on the Motion to Quash or the Motion to Quash is withdrawn.

8. I declare under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Date: February 19, 2020