# Exhibit D to Declaration of Susanne A. Johnson

## Johnson, Susanne A.

| | |
|---|---|
| **From:** | Jonathan Misny <misny@mmmb.com> |
| **Sent:** | Thursday, February 13, 2020 3:03 PM |
| **To:** | Johnson, Susanne A. |
| **Cc:** | Anthony Paronich; Brian Murphy; Hoffman, Erin L.; Brennaman, Nate; Dunn, Amy Grewal; Magnuson, Peter C.; Bill Gameros; Wade Carvell; LuCretia Milam |
| **Subject:** | Re: Perrong/TCPA: Verizon Wireless Subpoena and Motion to Quash |

Susanne:

We have no intention of withdrawing the motion to quash. As we explained in the motion to quash, relevance is included in the undue burden analysis and the scope of allowable third party discovery under a subpoena is only as broad as is allowed under Rule 26.

Thank you,

On Tue, Feb 11, 2020 at 3:25 PM Johnson, Susanne A. <susanne.johnson@faegredrinker.com> wrote:

> Counsel,
>
> Attached please find a Faegre Drinker correspondence concerning the Verizon Wireless Subpoena and Motion to Quash.
>
> Best,
>
> Susanne
>
> **Susanne A. Johnson**
> Associate
> susanne.johnson@faegredrinker.com
> Connect: vCard
>
> +1 317 237 1465 direct
>
> **Faegre Drinker Biddle & Reath LLP**
> 300 N. Meridian Street, Suite 2500
> Indianapolis, Indiana 46204, USA
>
> Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*
>
> This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged

information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

--
Jonathan Misny
Murray Murphy Moul + Basil, LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Direct Dial: 614.610.9657
Facsimile: 614.488.0401
E-mail: misny@mmmb.com