**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated,<br>      Plaintiff and Counter-Claim Defendant<br>v.<br>GOLDEN RULE INSURANCE COMPANY<br>      Defendant and Counter-Claimant<br><br>and AMERICAN SELECT PARTNERS, LLC<br>      Defendant and Third-Party Plaintiff<br>v.<br>DATAMAX, LLC<br>      Third-Party Defendant | :<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  1:19-cv-01940-TWP-DML<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY CAROL F. TREVEY, ESQ.**

Susanne A. Johnson of the law firm Faegre Drinker Biddle & Reath LLP pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Carol F. Trevey, Esq., of Faegre Drinker Biddle & Reath LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Golden Rule Insurance Company in the above-styled cause only.  In support of this motion, the undersigned states:

1. The Certification of Carol F. Trevey, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Carol F. Trevey, Esq., leave to appear *pro hac vice* for purposes of this cause only.

Dated: March 2, 2020

Respectfully submitted,

*/s/ Susanne A. Johnson*
Erin L. Hoffman (MN #0387835)
Nathan Brennaman (MN #0331776)
FAEGRE DRINKER BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
erin.hoffman@faegredrinker.com
peter.magnuson@faegredrinker.com

Amy G. Dunn (IN #34428-29)
Susanne A. Johnson (IN #31338-64)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204-1750
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
susanne.johnson@faegredrinker.com
amy.dunn@faegredrinker.com

*Attorneys for Defendant Golden Rule Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2020, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Carol F. Trevey, Esq., was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/ Susanne A. Johnson*

FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204-1750
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000