IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated,<br><br>    Plaintiff and Counter-Claim Defendant<br>v.<br>GOLDEN RULE INSURANCE COMPANY<br><br>    Defendant and Counter-Claimant<br><br>and AMERICAN SELECT PARTNERS, LLC<br><br>    Defendant and Third-Party Plaintiff<br><br>v.<br><br>DATAMAX, LLC<br><br>    Third-Party Defendant | CIVIL ACTION NO.<br>1:19-cv-01940-TWP-DML |

**DECLARATION OF NATHAN A. BRENNAMAN IN SUPPORT OF GOLDEN RULE'S RESPONSE IN OPPOSITION TO PLAINTIFF ANDREW PERRONG'S MOTION FOR PROTECTIVE ORDER**

Pursuant to 28 U.S.C. § 1746, the undersigned Nathan A. Brennaman declares as follows.

1. I am over 21 years of age. I am of sound mind and am competent to testify to the matters in this declaration. I am an attorney at the law firm Faegre Drinker Biddle & Reath LLP, and I represent Golden Rule Insurance Company in this matter. I am familiar with the facts of this matter and the substance of what is discussed below.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from Plaintiff Andrew Perrong's Supplemental Responses to Defendant Golden Rule Insurance Company's First Set of Interrogatories and Requests for Production of Documents.

3. Attached hereto as Exhibit B is a true and correct copy of an excerpt from the certified written transcript of the April 11, 2019 call between Plaintiff Andrew Perrong and American Select Partner agent Jessica Perez, bates labeled ASP000129.

US.127119987.01

4. Attached hereto as Exhibit C is a true and correct copy of the Affidavit of Service of Golden Rule's deposition subpoena on Stefania Perrong.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the March 5, 2020 deposition transcript of Stefania Perrong.

6. Attached hereto as Exhibit E is a true and correct copy of a February 28, 2020 email chain between Plaintiff's counsel to Golden Rule's counsel.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: March 30, 2020

*/s/ Nathan Brennaman*
Nathan A. Brennaman
Attorney for Defendant Golden Rule
Insurance Company