# EXHIBIT D

Stefania Perrong

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | : CIVIL ACTION NO.<br>: 1:19-cv-01940-TWP-<br>: DML |
| Plaintiff and Counter-Claim Defendant, | : |
| vs. | : |
| GOLDEN RULE INSURANCE COMPANY, | : |
| Defendant and Counter-Claimant, | : |
| and | : |
| AMERICAN SELECT PARTNERS, LLC, | : |
| Defendant and Third-Party Plaintiff, | : |
| vs. | : |
| DATAMAX, LLC, | : |
| Third-Party Defendant. | : |

- - -
Philadelphia, Pennsylvania
March 5, 2020
- - -

16    Q.    What happened to the documents?

17    A.    The documents was there.  Then
18    another client came for me.  So, again, they
19    always come to the tellers office because my
20    office is locked.  I have to meet them.
21    That's for protection.  I have to meet
22    somebody in the tellers lobby.  Then I can
23    take the clients, if I know them, to my
24    office.  If I don't know somebody, I cannot
25    take anybody to my office if I don't know

Stefania Perrong

Page 40

```
 1    them.
 2              So there was the client who came to
 3    me, and he make appointment, and I take her
 4    to my office.  And when I came to my office,
 5    the envelope was on my desk.
 6    Q.        Okay.  And what did you do with it?
 7    A.        I called my son saying that I have
 8    some envelope, and I don't know what to do
 9    with it.  He said that he would come and
10    take it.
11    Q.        Okay.  Did he do that?
12    A.        Yes.
13    Q.        Your son Andrew Perrong did that?
14    A.        Yes.
15    Q.        Okay.  So he took the envelope that
16    was left in your office space?
17    A.        Yes.
18    Q.        Do you know what happened after
19    that?
20    A.        No, I didn't ask him.
21    Q.        Did you see the envelope after
22    that?
23    A.        No.
24    Q.        Did you talk to Andrew at all about
25    the envelope after that?
```

Stefania Perrong

Page 41

1    A.      No. No, I talk, I say that I don't

