# EXHIBIT E

**From:** Jonathan Misny <misny@mmmb.com>
**Sent:** Friday, February 28, 2020 3:30 PM
**To:** Brennaman, Nate
**Cc:** Johnson, Susanne A.; Anthony Paronich; Bill Gameros; Brian Murphy; Wade Carvell; LuCretia Milam; Magnuson, Peter C.; Hoffman, Erin L.; Dunn, Amy Grewal
**Subject:** Re: Perrong v. Golden Rule Insurance Company, et al.: Updated Notice of Subpoena to Harold Perrong and Stefania Perrong

Nate:

Following up on our phone call just now, we do not represent Stefania Perrong (or Harold Perrong) but it is our understanding that she has not been served. This also appears to have been Golden Rule's understanding, as it issued a new subpoena to Stefania Perrong changing the date of the deposition to 4/9/20 before later claiming that it did so by mistake. If you have proof of service, please provide that to us. We are not planning on going to Philadelphia on March 5, 2020. It seems wasteful for Golden Rule to travel there given that we are informing Golden Rule that nobody is expected to be there, but certainly Golden Rule is capable of making its own decisions as to how to proceed in the litigation.

Thank you,

On Wed, Feb 26, 2020 at 4:16 PM Brennaman, Nate <nate.brennaman@faegredrinker.com> wrote:

> Counsel:
>
> Please take note that we are withdrawing the Updated Notice of Service of the **Stefania Perrong** subpoena that was sent by email at 10:03 CST this morning (see email, below). That Notice was sent by mistake. The subpoena of Stefania Perrong with a deposition date and time of March 5, 2020, at 1:00 pm (attached), was served on her on or about February 19, 2020. **Golden Rule therefore plans to move forward with Stefania Perrong's deposition on March 5, 2020, at 1:00 pm, at Faegre Drinker Biddle and Reath LLP, One Logan Square, Suite 2000, Philadelphia, PA 19103.**
>
> We are still attempting to serve Harold Perrong, and therefore his deposition <u>will not</u> occur on March 5, 2020 at 9:00 am, but <u>will</u> occur on April 9, at 9:00 am, assuming we can accomplish service. I will keep you posted.
>
> Thank you.
>
> **Nate Brennaman**
> Counsel
> nate.brennaman@faegredrinker.com
> Connect: vCard
>
> +1 612 766 8727 direct / +1 612 859 7053 mobile

1

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

---

**From:** Johnson, Susanne A. <susanne.johnson@faegredrinker.com>
**Sent:** Wednesday, February 26, 2020 10:03 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Bill Gameros <bgameros@legaltexas.com>; Brian Murphy <murphy@mmmb.com>; Jonathan Misny <misny@mmmb.com>
**Cc:** Wade Carvell <wcarvell@legaltexas.com>; LuCretia Milam <lmilam@legaltexas.com>; Magnuson, Peter C. <peter.magnuson@faegredrinker.com>; Hoffman, Erin L. <erin.hoffman@faegredrinker.com>; Brennaman, Nate <nate.brennaman@faegredrinker.com>; Dunn, Amy Grewal <amy.dunn@faegredrinker.com>
**Subject:** Perrong v. Golden Rule Insurance Company, et al.: Updated Notice of Subpoena to Harold Perrong and Stefania Perrong

Counsel,

Attached please find the updated subpoenas for Harold Perrong and Stefania Perrong Defendant Golden Rule is issuing. These notices change the date of the scheduled deposition from March 5, 2020 to April 9, 2020. You will also be receiving copies of the same in the mail.

Best,

Susanne

**Susanne A. Johnson**
Associate
susanne.johnson@faegredrinker.com
Connect: vCard

+1 317 237 1465 direct

**Faegre Drinker Biddle & Reath** LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

--
Jonathan Misny
Murray Murphy Moul + Basil, LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Direct Dial: 614.610.9657
Facsimile: 614.488.0401
E-mail: misny@mmmb.com