UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | Case No. 1:19-cv-1940-TWP-DML |
| Plaintiff, | CLASS ACTION |
| v. | |
| GOLDEN RULE INSURANCE COMPANY, | |
| Defendant, and | |
| AMERICAN SELECT PARTNERS, LLC, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| DATAMAX, LLC, | |
| Third-Party Defendant. | |

**ORDER GRANTING PLAINTIFF ANDREW PERRONG'S
AGREED MOTION FOR EXTENSION OF TIME**

Upon the application of Plaintiff, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case schedule is hereby amended as follows:

| | |
|---|---|
| Plaintiffs' Expert Deadline (previously March 27, 2020) | June 25, 2020 |
| Defendants' Expert Deadline (previously April 24, 2020) | July 23, 2020 |
| Non-Expert Discovery Cutoff (previously April 24, 2020) | July 23, 2020 |

| | |
|---|---|
| Expert Discovery Cutoff (previously May 29, 2020) | August 27, 2020 |
| Class Certification Deadline (previously May 29, 2020) | August 27, 2020 |
| Dispositive Motions Deadline (previously June 26, 2020) | September 24, 2020 |
| Motions to Exclude Expert Testimony (previously June 26, 2020) | September 24, 2020 |

Parties should anticipate no further extensions.

IT IS SO ORDERED.

Date: 3/30/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.