IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, : : : Plaintiff and Counter-Claim Defendant, : : v. : : GOLDEN RULE INSURANCE COMPANY : : Defendant and Counter-Claimant : : and AMERICAN SELECT PARTNERS, LLC : : Defendant and Third-Party Plaintiff : : v. : : DATAMAX, LLC : : Third-Party Defendant : : | CIVIL ACTION NO. 1:19-cv-01940-TWP-DML |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE OF GOLDEN RULE AND GOLDEN RULE'S COUNTERCLAIMS**

The Court, having considered the Stipulation of Dismissal with Prejudice of Golden Rule and Golden Rule's Counterclaims filed by Plaintiff/Counter-Claim Defendant Andrew Perrong and Defendant/Counter-Claimant Golden Rule Insurance Company, hereby orders that all Plaintiff's claims against Golden Rule and Golden Rule's counterclaims against Plaintiff in the above-captioned matter are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**SO ORDERED**.

Date: 6/9/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution List:
To all registered counsel by CM/ECF