UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW PERRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-01940-TWP-DML |
| | ) | |
| AMERICAN SELECT PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Directing Filing of Documents Authorizing Dismissal

The court has been notified that the parties have agreed to a settlement of this case. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty days of the date of this entry, counsel for the plaintiff shall file a motion to dismiss this cause and submit an order for the court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted if requested in writing before expiration of this period.

So ORDERED.

Date: 7/29/2020

*Debra McVicker Lynch*

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system