# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **ANDREW PERRONG**, on behalf of himself and others similarly situated, § § § | |
| Plaintiff, § § | |
| vs. § § | |
| **GOLDEN RULE INSURANCE COMPANY**, § § | Civil Action No. 1:19-CV-01940-TWP-DML |
| Defendant, and § § | |
| **AMERICAN SELECT PARTNERS, L.L.C.**, § § | |
| Defendant and Third-Party Plaintiff, § § § | |
| vs. § § | |
| **DATAMAX, LLC**, § § | |
| Third-Party Defendant. § | |

## AMERICAN SELECT PARTNERS, LLC'S
## NOTICE OF DISMISSAL OF THIRD-PARTY CLAIM

Defendant and Third-Party Plaintiff American Select Partners, LLC ("ASP") hereby files this Notice of Dismissal of its claims against Third-Party Defendant Datamax, LLC ("Datamax"). Datamax has not filed an answer, motion for summary judgment, or other appearance herein, and ASP dismisses its claims against Datamax, without prejudice and without the necessity of a court order pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/Charles W. Gameros, Jr., P.C.*
Charles W. Gameros, Jr., P.C.
(TX Bar No. 00796596)
HOGE & GAMEROS, L.L.P.
6116 N. Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone: (214) 765-6002
Facsimile: (214) 559-4905
E-Mail: BGameros@LegalTexas.com

*Attorneys for Defendant American Select Partners, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify the forgoing document was filed with the Court's ECF/CM system on this 21st day of August, 2020, which served same on all counsel of record.

/s/ Charles W. Gameros, Jr., P.C.
Charles W. Gameros, Jr., P.C.