UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
August 24, 2020

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-1940-JPH-DML |
| AMERICAN SELECT PARTNERS, LLC | CLASS ACTION |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendants. None of the rights of any putative class members, other than the plaintiff have been released or are otherwise affected by this dismissal.

Dated: August 21, 2020        PLAINTIFF,

By:
*s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*/s/Charles W. Gameros, Jr., P.C.*
Charles W. Gameros, Jr., P.C.
(TX Bar No. 00796596)
HOGE & GAMEROS, L.L.P.
6116 N. Central Expressway, Suite 1400
Dallas, Texas 75206

      Telephone:   (214) 765-6002
      Facsimile:   (214) 559-4905
      E-Mail:     BGameros@LegalTexas.com

*Attorneys for Defendant American Select Partners, LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on August 21, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich